UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| v. } | CASE NO. 2:10-cr-0448-SLB |
| } | |
| SHARON BUTLER ALEXANDER, } | |
| } | |
| Defendant. } | |

### ORDER

Sentencing in this case is hereby **SET** for **10:00 a.m.** on **Monday, April 25, 2011,** in Courtroom 8 of the Hugo L. Black U. S. Courthouse in Birmingham, Alabama.

Federal Rule of Criminal Procedure 32(f) requires that within 14 days of receiving the pre-sentence report from the Probation Office the parties shall communicate in writing to the probation officer, and to each other, any objections to the pre-sentence report. In accordance with that Rule, it is hereby **ORDERED** that such objections be filed with the clerk of court. In the absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this order.

**DONE** this 24th day of January, 2011.

SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE